1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| REGINA KREISER,<br><br>                    Plaintiff,<br><br>       v.<br><br>ASSET MANAGEMENT GROUP, INC.; NEIL SHARKEY; AND DOES 1 TO 20, INCLUSIVE, A CALIFORNIA CORPORATION; FINEST KNOWN, LLC, A DELAWARE LIMITED LIABILITY COMPANY; MONACO RARE COINS, AN UNKNOWN ENTITY; AMERICAN BISON VODKA, INC., A CALIFORNIA CORPORATION; NEIL SHARKEY, AN INDIVIDUAL; AND ADAM CRUM, INCLUSIVE,<br><br>                    Defendants. | Case No. 8:20-cv-01794 JVS (DFMx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECIVE ORDER** |

///
///
///
///
///
///

# ORDER GRANTING PROTECTIVE ORDER

The Court deems the application of Plaintiff Regina Kreiser ("Kreiser" or "Plaintiff"), for entry of an Order granting Kreiser's application for injunctive relief as an application for a protective order in aid of her application for a writ of possession.

**THIS MATTER**, having been brought before the Court on the application of Plaintiff Regina Kreiser ("Kreiser" or "Plaintiff"), for entry of an Order granting Kreiser's application for relief against Defendants Asset Management Group, Inc., American Bison Vodka, Inc., and Neil Sharkey (collectively, "Restrained Defendants"); and the Court having read and considered the Complaint, the application for writ of possession for levy on personal property, the Declarations of Datev 'Dave' Shenian and Regina Kreiser, the supporting briefs and papers submitted therewith; and any opposition filed thereto; and the Court having heard arguments of counsel; and for good cause shown,

**IT IS** on this 13th day of January, 2021;

**ORDERED** that a Protective Order be issued restraining the Restrained Defendants, their respective offices, agents, servants, employees, attorneys, and any persons in active concert or participation with them who receive actual notice of this Protective Order by personal service, substitute service, or otherwise from:

1. Directly or indirectly, transferring any interest by sale, pledge, grant of security interest, or otherwise disposing of or encumbering any of the Coins set forth in **Exhibit A** of this Order ("Kreiser Coins");
2. Directly or indirectly, concealing or otherwise moving the Kreiser Coins in such a manner as to make them less available to seizure by a levying officer;

2

CASE NO.: 8:20-CV-01794 JVS (DFMX)

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR IN THE ALTERNATIVE PRELIMINARY INJUNCTIVE RELIEF

ClarkHill\J7422\405973\261597496.v1-12/23/20

1   This Protective Order shall remain in force until levy on the Kreiser Coins
2 pursuant to a writ of possession.

5 Dated: January 13, 2021

*[signature]*
JAMES V. SELNA
United States District Judge

8 Presented by:

10 _____
11 DOUGLAS F. McCORMICK
United States Magistrate Judge