# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Regina Kreiser,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASSET MANAGEMENT GROUP, INC., a California corporation; FINEST KNOWN, LLC, a Delaware limited liability company; MONACO RARE COINS, an unknown entity; AMERICAN BISON VODKA, INC., a California corporation; NEIL SHARKEY, an individual; and ADAM CRUM, inclusive,<br><br>　　　　　Defendant. | Case No. 8:20-cv-01794 JVS (DFMx)<br><br>**ORDER RE: STATUS REPORT AND REQUEST TO DISMISS ACTION WITHOUT PREJUDICE AND FOR COURT TO RETAIN JURISDICTION; OR STAY ACTION**<br><br>Ctrm:　　10C<br>Judge:　　James V. Selna |

**ORDER**

Based on plaintiff REGINA KREISER's Status Report and Request to Dismiss Action Without Prejudice and for Court to Retain Jurisdiction; or Stay Action, and for good cause shown, the Court **ORDERS** that the Request is granted as follows:

The action is hereby ordered dismissed without prejudice. The Court retains

1

1  jurisdiction to reinstate the action upon application by Plaintiff pursuant to the
2  tolling agreement between her and the remaining defendants.
3      IT IS SO ORDERED

Dated: June 28 2022

_____
HON. JAMES SELNA
UNITED STATES DISTRICT JUDGE